# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

TIMOTHY ADAM SMITH                                                            PLAINTIFF

v.                                 4:22-cv-00398-JM-JJV

KILOLO KIJAKAZI,
Acting Commissioner,
Social Security Administration,                                      DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful review of the RD, as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 7th day of February, 2023.

                                                       _____
                                                       JAMES M. MOODY JR.
                                                       UNITED STATES DISTRICT JUDGE